UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 11-95** |
| **v.** | * | **SECTION: "R"** |
| **NOE JUAREZ** | * | |

\*   \*   \*

## NOTICE OF MANUEL ATTACHMENT

### EXHIBITS A, B, C, and D TO GOVERNMENT'S MOTION FOR REVOCATION OF THE MAGISTRATE COURT'S RELEASE ORDER

Exhibit A is an audio CD on file with the Clerk's Office.

Exhibit B is an audio CD on file with the Clerk's Office.

Exhibit C is a video CD on file with the Clerk's Office.

Exhibit D is a video CD on file with the Clerk's Office.