IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO. 11-95 SECTION "R" |
| NOE JUAREZ | § | |

## REQUEST FOR NOTICE OF GOVERNMENT'S INTENT TO INTRODUCE EVIDENCE PURSUANT TO 404(B)

Noe Juarez, through counsel George D. Murphy, Jr., requests that the government provide notice of its intent to introduce during its case in chief evidence of Mr. Juarez's crimes, wrongs or other acts pursuant to Rule of Evidence 404(b). Mr. Juarez further requests that the government provide such notice no later than 20 days before trial.

II.

The government has agreed to provide the above notice no later than 20 days prior to trial.

Respectfully submitted,

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.
Texas State Bar No. 14697990
6750 West Loop South, Suite 845
Bellaire, Texas 77401
(713) 658-1960
(713) 650-1602 (FAX)
george@georgemurphylawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2015, I electronically filed the foregoing Request for Notice of Government's Intent to Introduce Evidence Pursuant to 404(b) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John Murphy
Assistant United States Attorney
John.murphy2@usdoj.gov

                                         /s/ George D. Murphy, Jr.
                                         George D. Murphy, Jr.