IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO. 11-95<br>SECTION "R" |
| NOE JUAREZ | § | |

**MEMORANDUM IN SUPPORT OF OPPOSITION TO GOVERNMENT'S ISSUANCE OF RULE 17(c) SUBPOENA FOR DOCUMENTS**

Noe Juarez, through counsel George D. Murphy, Jr., objects to the government's issuance of a Rule 17(c) subpoena.  The government is improperly using Rule 17 to conduct continuing discovery in Mr. Juarez's case.  A pretrial Rule 17(c) subpoena is "not intended to provide a means of discovery for criminal cases."  United States v. Nixon, 418 U.S. 683, 700 (1974).  "Subpoena duces tecum is not a discovery weapon … Rule 17(c) … relates only to the production of documentary evidence … The Rule contemplates, in its broader sense, … any document or other material *admissible as evidence*."  Gilmore v. United States, 256 F.2d 565, 568 (5th Cir. 1958) (citations omitted) (emphasis added).

Respectfully submitted,

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.
Texas State Bar No. 14697990
6750 West Loop South, Suite 845
Bellaire, Texas 77401
(713) 658-1960
(713) 650-1602 (FAX)
george@georgemurphylawyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of October, 2015, I electronically filed the foregoing Memorandum in Support of Opposition to Government's Issuance of Rule 17(c) Subpoena for Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John Murphy  
Assistant United States Attorney  
John.murphy2@usdoj.gov

                                                  /s/ George D. Murphy, Jr.  
                                                  George D. Murphy, Jr.