IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO. 11-95 SECTION "R" |
| NOE JUAREZ | § § | |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Noe Juarez, through counsel George D. Murphy, Jr., requests that the court ask the venire the following questions during voir dire:

(1) During the events alleged in the indictment, Mr. Juarez was employed as a police officer for the Houston Police Department. Some people have had negative experiences with police officers and, as a result, those people hold the police in low regard. That kind of person may be unable to sit fairly in judgment of a police officer in a criminal trial. Because Mr. Juarez was a police officer, it is important that you tell us two things: (a) have you or has someone close to you had any particularly negative experiences with the police, and (b) if so, can you still afford to Mr. Juarez the full measure of the presumption of innocence despite those negative experiences?

(2) Many families have been impacted by illegal drugs. You or a close friend or family member may have faced a significant challenge posed by the use of illegal drugs. For some of you, it may be addiction. For some of you, it may be losing a family member or close friend to the criminal justice system as a result of selling or using drugs. It is important, therefore, in a case involving an allegation that Mr. Juarez joined a drug

conspiracy that you tell us whether you or a close friend or family member has a life experience with drugs that could impact your ability to be impartial in this case.  So, have you, a close friend or family member had a negative experience with drugs?  If so, will that experience impact your ability to be impartial in Mr. Juarez's case?

(3) Mr. Juarez's case also involves an allegation that he possessed guns in furtherance of a drug offense.  Many people feel very negatively about guns.  Some people have been directly impacted by guns and gun violence and some people may have come by their strong feelings in other ways.  Some people feel so negatively about guns that it may color the manner in which they evaluate evidence in a case involving guns.  Those people may not be able to give Mr. Juarez the benefit of the presumption of innocence to which he is entitled.  Therefore, have you or a close friend or family member had any negative experiences with guns or gun violence?  If so, how will your reaction to those events impact your ability to afford Mr. Juarez the presumption of innocence

Respectfully submitted,

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.
Texas State Bar No. 14697990
6750 West Loop South, Suite 845
Bellaire, Texas 77401
(713) 658-1960
(713)  650-1602 (FAX)
george@georgemurphylawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2016, I electronically filed the foregoing Proposed Voir Dire Questions using the CM/ECF system which will send notification of such filing to the following:

Mr. John Murphy
Assistant United States Attorney
John.murphy2@usdoj.gov

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.