IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO. 11-95<br>SECTION "R" |
| NOE JUAREZ | § § | |

**<u>DEFENDANT'S PRELIMINARY REQUESTED JURY INSTRUCTIONS</u>**

Noe Juarez, through counsel George D. Murphy, Jr., requests that the court submit the following jury instructions at the conclusion of Mr. Juarez's trial. At this very preliminary stage of the proceeding, it is difficult to predict all the jury instructions that will be appropriate. However, the following two instructions will, no doubt, be required. For the most part, the below instructions track the Fifth Circuit's Pattern Jury Instructions. However, there are a couple of important suggested amendments.

Pattern Jury Instruction 2.95 is entitled "Controlled Substances – Conspiracy" and applies to Count One of the indictment. The Fifth Element reads: "That the defendant knew *or reasonably should have known* that the scope of the conspiracy involved at least 5 kilograms of cocaine."

Counsel suggests that the Fifth Element instead read as follows: "That the defendant *knew* that the scope of the conspiracy involved at least 5 kilograms of cocaine."

The second suggestion pertains to Count Two of the Indictment which alleges that Mr. Juarez conspired to possess firearms in furtherance of a drug trafficking crime. The Fifth Circuit Pattern Jury Instruction 2.44 is the instruction related to this crime. The language of 2.44 requires that the government prove "that the defendant knowingly possessed a firearm in

furtherance of the defendant's commission of the crime charge in Count One." While the Fifth Circuit has approved the use of this language (See, United States v. Harris, 740 F3d 956 (5th Cir. 2014), the Circuit simultaneously recognized that the "pattern jury instruction may warrant future revision to provide greater grammatical clarity." Id. at fn. 6. The current language runs the risk of allowing a jury to convict a defendant if the evidence shows that the firearm furthered the drug crime instead of finding beyond a reasonable doubt that the **possession** of the firearm furthered the drug crime. Therefore, Mr. Juarez requests that the instruction related to Count 2 of the indictment contain the following language: "You are hereby instructed that Count 2 alleges that Mr. Juarez agreed with others to **possess** a firearm in order to further, advance, or help forward the drug trafficking crime alleged in Count One. Unless you find beyond a reasonable doubt that it was Mr. Juarez's agreement that the **possession** of firearms further a drug trafficking crime, then you must find Mr. Juarez not guilty of Count Two."

Respectfully submitted,

/s/ George D. Murphy, Jr.
George D. Murphy, Jr.
Texas State Bar No. 14697990
6750 West Loop South, Suite 845
Bellaire, Texas 77401
(713) 658-1960
(713) 650-1602 (FAX)
george@georgemurphylawyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2016, I electronically filed the foregoing Defendant's Preliminary Requested Jury Instructions using the CM/ECF system which will send notification of such filing to the following:

Mr. John Murphy
Assistant United States Attorney
John.murphy2@usdoj.gov

                                                  /s/ George D. Murphy, Jr.
                                                  George D. Murphy, Jr.