## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 11-95** |
| **v.** | * | **SECTION: "R"** |
| **NOE JUAREZ** | * | |

           \*    \*    \*

## **TRIAL MEMORANDUM – DEMONSTRATIVE AIDS**

*Use of Demonstrative Aids at Trial*

The Fifth Circuit has held that "[A]llowing the use of charts as pedagogical devices intended to present the government's version of the case is within the bounds of the trial court's discretion to control the presentation of evidence under Rule 611(a) [of the Federal Rules of Evidence]."[1] Charts used for that purpose are not considered independent evidence and so should not be sent to the jury room without consent of the parties and must be accompanied by a limiting instruction that they are not evidence and should only be used to evaluate evidence.[2] Additionally, no requirement exists that the charts not rely on any assumptions, only that the assumptions be supported by evidence on record.[3]

With the permission of the Court, the government intends to use the eighteen (18) attached demonstrative charts as non-evidence during opening and closing statements and during

---

[1] *United States v. Taylor*, 210 F.3d 311, 315 (5th Cir. 2000) (internal citations omitted).
[2] *United States v. Ollison*, 555 F.3d 152, 162 (5th Cir. 2009) (quoting *United States v. Harms*, 442 F.3d 367, 375 (5th Cir. 2006).
[3] *United States v. Diez*, 515 F.2d 892, 905 (5th Cir. 1975) (internal citations omitted).

witness examination.[4]  The prosecution has confirmed with the witnesses that these charts conform to the evidence that will be elicited at trial.  The Government may seek permission from the Court to use additional demonstrative aids as the testimony of witnesses at trial is presented.

        Respectfully submitted,

        KENNETH ALLEN POLITE, JR.
        UNITED STATES ATTORNEY

        /s/ John F. Murphy
        JOHN F. MURPHY
        Assistant United States Attorney
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana   70130
        Telephone:  (504) 680-3126

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 4, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

        /s/ John F. Murphy
        JOHN F. MURPHY
        Assistant United States Attorney

---

[4] The use of Demonstrative Exhibits 17 and 18 will be contingent on the ruling by the Court regarding Rule 404(b) evidence in this case.